UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                :

STEPHANIE LODATI, as Parent         :
and Natural Guardian of              :    Case No. 2:21-cv-03875 (ENV) (AYS)
JOHN DOE, an infant,             :
STEPHANIE LODATI, as Parent         :
and Natural Guardian of              :    **NOTICE OF APPEARANCE**
JANE DOE, an infant,             :
and STEPHANIE LODATI,          :
individually;                      :
                                :
                 Plaintiffs,     :
                                :
                  v.            :
                                :
FRIENDS ACADEMY,            :
THE BOARD OF TRUSTEES OF      :
FRIENDS ACADEMY, ANDREA      :
KELLY, individually and in her     :
official capacity, MARK          :
SCHOEFFEL, individually and     :
in his official capacity, CAROLYN   :
SKUDDER-POCIUS, individually    :
and in her official capacity,      :
JOZEPH HERCEG, individually     :
and in his official capacity, RON    :
BASKIND, individually and in     :
his official capacity, and PAMELA   :
MARTOCCI, individually and in    :
her official capacity;           :
                Defendants.    :

-----------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that Michael J. Volpe, of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Defendants Friends Academy, The Board of Trustees of Friends Academy, Andrea Kelly, Mark Schoeffel, Carolyn Skudder-Pocius, Jozeph Herceg, Ron Baskind, and Pamela Martocci.

Dated:  September 14, 2021
        New York, New York

                              VENABLE LLP
                              Rockefeller Center
                              1270 Avenue of the Americas, 24th Floor
                              New York, New York 10020
                              (212) 808-5676
                              mjvolpe@venable.com

By:  _____
                              Michael J. Volpe

2