UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

STEPHANIE LODATI, as Parent
and Natural Guardian of
JOHN DOE, an infant,
STEPHANIE LODATI, as Parent
and Natural Guardian of
JANE DOE, an infant,
and STEPHANIE LODATI,
individually;

                     Plaintiffs,

                     v.

FRIENDS ACADEMY,
THE BOARD OF TRUSTEES OF
FRIENDS ACADEMY, ANDREA
KELLY, individually and in her
official capacity, MARK
SCHOEFFEL, individually and
in his official capacity, CAROLYN
SKUDDER-POCIUS, individually
and in her official capacity,
JOZEPH HERCEG, individually
and in his official capacity, RON
BASKIND, individually and in
his official capacity, and PAMELA
MARTOCCI, individually and in
her official capacity;
                     Defendants.

-----------------------------------------------------------------x

Case No. 2:21-cv-03875 (ENV) (AYS)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Sandy Schlesinger, of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Defendants Friends Academy, The Board of Trustees of Friends Academy, Andrea Kelly, Mark Schoeffel, Carolyn Skudder-Pocius, Jozeph Herceg, Ron Baskind, and Pamela Martocci.

Dated: September 14, 2021
      New York, New York

                                            VENABLE LLP
                                            Rockefeller Center
                                            1270 Avenue of the Americas, 24th Floor
                                            New York, New York 10020
                                            (212) 370-6234
                                            sschlesinger@venable.com

                                 By:    */s/ Sandy Schlesinger*
                                                Sandy Schlesinger