**VENABLE**

VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

October 12, 2021

**T 212.808.5676**
**F 212.307.5598**
MJVolpe@Venable.com

**VIA ECF**
Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***Lodati, et al. v. Friends Academy, et al.*, Case No. 21-cv-3875**

Dear Judge Vitaliano,

This firm represents the Defendants in the above-referenced matter.  The parties submit this letter jointly, pursuant to the Court's Order dated September 28, 2021 (ECF No. 28) and Section III.B. of Your Honor's Individual Rules, to respectfully request that the Court order the following briefing schedule concerning the Defendants' anticipated motion to dismiss the complaint:

1. Defendants' moving papers due on November 9, 2021;
2. Plaintiffs' opposition papers due on December 7, 2021; and
3. Defendants' reply papers due on December 21, 2021.

If Plaintiffs choose to amend the complaint rather than oppose Defendants' motion for dismissal, the parties agree, subject to the Court's approval, that Plaintiffs' deadline to amend shall be December 7, 2021.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

**Venable LLP**

/s/ Michael J. Volpe
Michael J. Volpe, Esq.
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: 212.307.5500
mjvolpe@venable.com

**The Law Office of Keith Altman**

/s/ Keith Altman
Keith Altman, Esq.
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: 516.456.5885
keithaltman@kaltmanlaw.com

SO ORDERED:

_____
Judge Eric N. Vitaliano