UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

|  |  |
|---|---|
| STEPHANIE LODATI, as Parent | : |
| and Natural Guardian of | :   Case No. 2:21-cv-03875 (ENV) (AYS) |
| JOHN DOE, an infant, | : |
| STEPHANIE LODATI, as Parent | : |
| and Natural Guardian of | :   **NOTICE OF APPEARANCE** |
| JANE DOE, an infant, | : |
| and STEPHANIE LODATI, | : |
| individually; | : |
|  | : |
|           Plaintiffs, | : |
|  | : |
|       v. | : |
|  | : |
| FRIENDS ACADEMY, | : |
| THE BOARD OF TRUSTEES OF | : |
| FRIENDS ACADEMY, ANDREA | : |
| KELLY, individually and in her | : |
| official capacity, MARK | : |
| SCHOEFFEL, individually and | : |
| in his official capacity, CAROLYN | : |
| SKUDDER-POCIUS, individually | : |
| and in her official capacity, | : |
| JOZEPH HERCEG, individually | : |
| and in his official capacity, RON | : |
| BASKIND, individually and in | : |
| his official capacity, and PAMELA | : |
| MARTOCCI, individually and in | : |
| her official capacity; | : |
|          Defendants. | : |
|  | : |

----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Emily M. Tortora, of the law firm VENABLE LLP,

Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby

enters an appearance as counsel for Defendants Friends Academy, The Board of Trustees of

Friends Academy, Andrea Kelly, Mark Schoeffel, Carolyn Skudder-Pocius, Jozeph Herceg, Ron

Baskind, and Pamela Martocci.

Dated: November 16, 2021
      New York, New York

                                   VENABLE LLP
                                   Rockefeller Center
                                   1270 Avenue of the Americas, 24th Floor
                                   New York, New York 10020
                                   (212) 307-5500
                                   emtortora@venable.com

                By:    /s/ Emily M. Tortora
                                Emily M. Tortora