**VENABLE** | VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

January 6, 2022

T 212.808.5676
F 212.307.5598
MJVolpe@Venable.com

**VIA ECF**

Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lodati, et al. v. Friends Academy, et al.*, Case No. 21-cv-3875

Dear Judge Vitaliano,

    This firm represents Defendants in the above-referenced matter. The parties submit this letter jointly, pursuant to the Court's Order dated January 4, 2022 and Section III.B. of Your Honor's Individual Rules, to respectfully request that the Court order the following briefing schedule concerning Defendants' anticipated motion to dismiss the Amended Complaint:

1. Defendants' moving papers due on February 18, 2022;
2. Plaintiffs' opposition papers due on March 18, 2022; and
3. Defendants' reply papers due on April 1, 2022.

    We thank the Court for its consideration of the foregoing.

                             Respectfully submitted,

| **Venable LLP** | **The Law Office of Keith Altman** |
|---|---|
| /s/ Michael J. Volpe | /s/ Keith Altman |
| Michael J. Volpe, Esq. | Keith Altman, Esq. |
| 1270 Avenue of the Americas, 24th Floor | 33228 West 12 Mile Road, Suite 375 |
| New York, New York 10020 | Farmington Hills, MI 48334 |
| Tel: 212.307.5500 | Tel: 516.456.5885 |
| mjvolpe@venable.com | keithaltman@kaltmanlaw.com |

SO ORDERED:

_____
Judge Eric N. Vitaliano