**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| STEPHANIE LODATI, et al.<br>          Plaintiffs, | Case No. 1:21-cv-03875<br>Hon. Anne Y. Shields |
| v. | |
| THE BOARD OF TRUSTEES OF<br>FRIENDS ACADEMY, et al.<br>          Defendants. | **NOTICE OF MOTION TO ADMIT**<br>**COUNSEL PRO HAC VICE** |

---

To:  Sandy Schlesinger, Esq.
      Doreen Martin, Esq.
      Venable LLP
      Rockefeller Center
      1270 Avenue of the Americas
      24th Floor
      New York, NY 10020

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Keith Altman will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of The Law Office of Keith Altman and a member in good standing of the bar(s) of the State(s) of California and Michigan, as attorney pro hac vice to argue or try this case in whole or in part

as counsel for Plaintiff Stephanie Lodati. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 22, 2022                    Respectfully submitted,

                                            Keith Altman, Esq.
                                            The Law Office of Keith Altman
                                            33228 West 12 Mile Road, Suite 375
                                            Farmington Hills, Michigan 48334
                                            Telephone: (248) 987-8929
                                            keithaltman@kaltmanlaw.com

Date: 3/2/22

by _____, Notary

Branden Gulla
Notary Public State of Michigan
Oakland County
My Commission Expires 6/26/2028
Acting in the County of Oakland