**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| STEPHANIE LODATI, et al.<br>    Plaintiffs, | Case No. 1:21-cv-03875<br>Hon. Anne Y. Shields |
| v. | |
| THE BOARD OF TRUSTEES OF<br>FRIENDS ACADEMY, et al.<br>    Defendants. | **AFFADAVIT IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

---

I, Keith Altman, being duly sworn, hereby depose and say as follows:

1. I am a member of The Law Office of Keith Altman.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California and Michigan.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or

7. Attorney Registration Number(s) if applicable: California State Bar No. 257309 and Michigan State Bar No. P81702.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the case of <u>Stephanie Lodati, et al. v. The Board of Trustees of Friends Academy, et al.</u> for Plaintiffs.

Dated: February 22, 2022

**NOTORIZED**

Respectfully submitted,

/s/ Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Date: 3/2/22

By: _Branden Gulla_, Notary



Branden Gulla
Notary Public State of Michigan
Oakland County
My Commission Expires 6/26/2028
Acting in the County of Oakland

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**      -1-      Case No. 1:21-cv-03875



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KEITH L ALTMAN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Keith L Altman, **#257309**, was on the **25th** day of **August 2008,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 28th day of January 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Karissa Castro, Deputy Clerk*

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: February 22, 2022

Clerk