UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
STEPHANIE LODATI, ET AL.,                                   :
                                                            :   Civil Action No. 21-cv-3875 (ENV) (AYS)
                           Plaintiffs,                      :
                                                            :
            v.                                              :
                                                            :
FRIENDS ACADEMY, ET AL.,                                    :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Friends Academy (the "School"), through undersigned counsel, states that the School is a private, non-governmental entity without any corporate parent, affiliate or subsidiary. There is no publicly held corporation that owns 10% or more of its stock.

Dated:  February 18, 2022
New York, New York

*/s/ Michael J. Volpe*
Michael J. Volpe
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel.: (212) 307-5500
Fax: (212) 307-5598
mjvolpe@venable.com

*Attorney for Defendant Friends Academy*