

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

February 2, 2023

**Via CM/ECF**
The Honorable Eric N. Vitaliano
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    ***Stephanie Lodati, et al., v. Friends Academy, et al.***
                 **Civil Action No. 21-cv-3875 (ENV) (AYS)**

Dear Judge Vitaliano:

This firm represents the Plaintiff in the above-captioned matter. Please accept this letter as our Request for Status Conference required under Federal Rules of Procedure. Your time and attention to this matter is greatly appreciated.

                                      Respectfully,

                                      Keith Altman, Esq.